


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENE C. BENCKINI | : | CIVIL ACTION |
| v. | : | |
| UPPER SAUCON TOWNSHIP | : | NO. 04-4304 |

FILED
JUN 1 7 2005
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

JURY TRIAL DEMANDED

MOTION FOR LEAVE TO ADD MORE DEFENDANTS
_____

PLAINTIFF, GENE C. BENCKINI REQUESTS THE HONORABLE COURT FOR LEAVE TO ADD COOPERSBURG BOROUGH AND COOPERSBURG POLICE DEPARTMENT AS DEFENDANTS IN THIS CASE AS DEFENDANTS.

PLAINTIFF, THANKS THE HONORABLE COURT FOR CONSIDERATION TO GRANT PLAINTIFF'S REQUEST.

RESPECTFULLY YOURS

GENE C. BENCKINI

*Gene C. Benckini*

June 16, 2005